UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MARK A. HENDERSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-1891 (CKK) |
| FEDERAL BUREAU OF PRISONS, | ) ) ) | |
| Defendant. | ) ) | |

**DEFENDANT'S MOTION FOR ENLARGEMENT
OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant Federal Bureau of Prisons ("Defendant"), through counsel, respectfully moves this Court to enlarge the time within which it may respond to the complaint. In support of this motion, Defendant respectfully refers the Court to the attached memorandum of points and authorities.

Because Plaintiff is presently incarcerated and is proceeding pro se, LCvR 7(m) does not apply to this motion, and Defendant therefore has not obtained Plaintiff's position as to the relief requested.[1]

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*" (emphasis added). It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

Respectfully submitted,

_____/s/_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

_____/s/_____
STRATTON C. STRAND, D.C. Bar #464992
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
MARK A. HENDERSON,                  )
                                    )
       Plaintiff,                  )
                                    )
       v.                          )   Civil Action No. 05-1891 (CKK)
                                    )
FEDERAL BUREAU OF PRISONS,          )
                                    )
       Defendant.                  )
_____)

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

1.    Pursuant to Fed. R. Civ. P. 6(b)(1), the deadline for answering or otherwise responding to a complaint may be extended for good cause shown if the extension request is made before the expiration of the period for answering.

2.    Pursuant to Fed. R. Civ. P. 12(a)(3)(A), when the United States is a defendant, it must respond to the complaint within 60 days of service on the U.S. Attorney.

3.    Plaintiff filed the complaint herein on September 23, 2005, and served the U.S. Attorney's Office on September 28, 2005.  Accordingly, Defendant must respond to the complaint by November 28, 2005.

4.    The undersigned has not had an opportunity to review all of the facts and circumstances surrounding Plaintiff's action.  Defendant therefore would request that it be given an additional 30 days to answer, move, or otherwise plead to Plaintiff's complaint.

5.    Defendant has not previously sought an extension of the answer deadline.

WHEREFORE, Defendant respectfully requests that it be given until Wednesday, December 28, 2005, to answer, move, or otherwise plead to the complaint.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

/s/
STRATTON C. STRAND, D.C. Bar #464992
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

      I hereby certify that, this 23rd day of November, 2005, I caused the foregoing, and the attached proposed order, to be sent via first class U.S. mail, postage prepaid, to:

Mark A. Henderson
R15509-016
Atlanta United States Penitentiary
P.O. Box 150160
Atlanta, GA 30315

                                    /s/
                            STRATTON C. STRAND, DC Bar # 464992
                            Assistant United States Attorney
                            555 Fourth Street, N.W.
                            Washington, D.C. 20530
                            (202) 514-7236