UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK A. HENDERSON, | ) |
|     Plaintiff, | ) |
| v. | ) Civil Action No. 05-1891 (CKK) |
| FEDERAL BUREAU OF PRISONS, | ) |
|     Defendant. | ) |

**ORDER**

UPON CONSIDERATION of Defendant's Motion for Enlargement of Time to Respond to Complaint, its memorandum of points and authorities in support thereof, any opposition thereto, and the record herein, and it appearing that good cause exists for the requested extension, it is this _____ day of _____, 2005,

ORDERED, that Defendant's motion be, and hereby is, GRANTED, and it is further,

ORDERED, that Defendant shall have until Wednesday, December 28, 2005, to answer, move, or otherwise plead to the complaint.

_____
COLLEEN KOLLAR-KOTELLY
United States District Court Judge

cc:

Stratton C. Strand
By ECF

Mark A. Henderson
R15509-016
Atlanta United States Penitentiary
P.O. Box 150160
Atlanta, GA 30315