Mark L. Henderson
#15509-016
U.S.P Coleman #1
P.O Box 1033
Coleman, Florida
33521-0879

Clerks Office
U.S District Court
333 Constitution Ave, N.W
Washington D.C 20001

Re: Current Civil Case No: 1:05-CV-1891-CKK (Henderson v. B.o.p)

Monday Nov. 21, 2005

Sir/Ms

Please be Advised on 11/3/05 I was transferred from U.S.P Atlanta to U.S.P Coleman #No.1. All legal materials regarding Henderson v. B.o.p should be mailed to the above new address. Thank you

Henderson