UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MARK A. HENDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1891 (CKK) |
| | ) | |
| FEDERAL BUREAU OF PRISONS, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR ENLARGEMENT
OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant Federal Bureau of Prisons ("Defendant"), through counsel, respectfully moves to enlarge by 30 days the time within which it may respond to the complaint. In support of this motion, Defendant respectfully refers the Court to the attached memorandum of points and authorities.

Because Plaintiff is presently incarcerated and is proceeding pro se, LCvR 7(m) does not apply to this motion, and Defendant therefore has not obtained Plaintiff's position as to the relief requested.[1]

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*" (emphasis added). It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

Respectfully submitted,

_____/s/_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

_____/s/_____
STRATTON C. STRAND, D.C. Bar #464992
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MARK A. HENDERSON, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-1891 (CKK) |
| FEDERAL BUREAU OF PRISONS, | ) ) ) | |
| Defendant. | ) ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO COMPLAINT**

1. Pursuant to Fed. R. Civ. P. 6(b)(1), a deadline set by Court order may be extended for good cause shown if the extension request is made before the expiration of the period prescribed.

2. Plaintiff filed the complaint herein on September 23, 2005, and served the U.S. Attorney's Office on September 28, 2005.

3. By minute order dated November 28, 2005, the Court extended through December 28, 2005, Defendant's deadline to respond to the complaint.

4. The undersigned has determined to respond to the complaint by filing a motion to dismiss and/or for summary judgment. The undersigned anticipates that he will not receive the materials on which the dispositive motion will be based until the end of next week. Thereafter, he will need time to prepare the dispositive motion. Given numerous other deadlines in January 2006, the undersigned anticipates that he will need until Friday, January 27, 2006, to complete the dispositive motion in the case at bar.

5. The Court has not set a date for an initial scheduling conference. Thus, the requested extension would not affect any scheduled court appearances.

WHEREFORE, Defendant respectfully requests that it be given until Friday, January 27, 2006, to answer, move, or otherwise plead to the complaint.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

/s/
STRATTON C. STRAND, D.C. Bar #464992
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that, this 21st day of December, 2005, I caused the foregoing, and the attached proposed order, to be sent via first class U.S. mail, postage prepaid, to:

Mark A. Henderson
R15509-016
Atlanta United States Penitentiary
P.O. Box 150160
Atlanta, GA 30315

/s/
_____
STRATTON C. STRAND, DC Bar # 464992
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7236