UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK A. HENDERSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL BUREAU OF PRISONS, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1891 (CKK) |

**DEFENDANT'S MOTION FOR ENLARGEMENT
OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant Federal Bureau of Prisons ("Defendant"), through counsel, respectfully moves to enlarge by <u>two business days</u> the time within which it may respond to the complaint. In support of this motion, Defendant respectfully refers the Court to the attached memorandum of points and authorities.

Because Plaintiff is presently incarcerated and is proceeding <u>pro se</u>, LCvR 7(m) does not apply to this motion, and Defendant therefore has not obtained Plaintiff's position as to the relief requested.[1]

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*" (emphasis added). It does not require counsel to discuss those motions with <u>pro se</u> parties. Nonetheless, it has been the general practice of this office to discuss such motions with nonprisoner <u>pro se</u> parties when practicable. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner <u>pro se</u> parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* <u>pro se</u> party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney

_____
STRATTON C. STRAND, D.C. Bar #464992
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK A. HENDERSON,           )<br>                              )<br>         Plaintiff,            )<br>                              )<br>    v.                        )     Civil Action No. 05-1891 (CKK)<br>                              )<br>FEDERAL BUREAU OF PRISONS,    )<br>                              )<br>         Defendant.           )<br>_____) | |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

1.  Pursuant to Fed. R. Civ. P. 6(b)(1), a deadline set by Court order may be extended for good cause shown if the extension request is made before the expiration of the period prescribed.

2.  Plaintiff filed the complaint herein on September 23, 2005, and served the U.S. Attorney's Office on September 28, 2005.

3.  By minute orders dated November 28, 2005, December 23, 2005, and January 24, 2006, the Court extended through February 3, 2006, Defendant's deadline to respond to the complaint.

4.  The undersigned is close to completing Defendant's dispositive motion, but realized today that the agency had not provided him all the documentation necessary to support the dispositive motion. The undersigned now has received the additional documentation, but will need time to incorporate it into Defendant's motion. Accordingly, and because the undersigned must file a motion to quash in Crawford v. U.S. Office of Personnel Management,

*et al.* (05-mc-521), on Monday, February 6, 2006, the undersigned will need until Tuesday, February 7, 2006, to file Defendant's dispositive motion in the case at bar.

5.  The Court has not set a date for an initial scheduling conference. Thus, the requested extension would not affect any scheduled court appearances.

6.  The undersigned regrets having to seek a further extension on the due date for Defendant's response. It was unavoidable, however, as the undersigned had been under the impression that he already had received all relevant documentation, and did not realize until finalizing Defendant's brief today that there was additional documentation outstanding.

WHEREFORE, Defendant respectfully requests that it be given until Tuesday, February 7, 2006, to answer, move, or otherwise plead to the complaint.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney

_____
STRATTON C. STRAND, D.C. Bar #464992
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that, this 3rd day of February, 2006, I caused the foregoing, and the attached proposed order, to be sent via first class U.S. mail, postage prepaid, to:

Mark A. Henderson
R15509-016
Atlanta United States Penitentiary
P.O. Box 150160
Atlanta, GA 30315

STRATTON C. STRAND, DC Bar # 464992
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7236