Mark R. Henderson
#15509-016
U.S.P Coleman #1
Coleman, Fl 33521

Nancy Mayer Whittington, Clerk
U.S District Court
333 Constitution Ave, N.W
Washington, D.C 20001

Re: Henderson v. Bur. of prisons
  # 1:05-CV-1891-CKK

Ms. Whittington                    2/2/06

     Pursuant to defendant A.U.S.A Stratton C. Strand 12/21/2005 motion for Enlargement of time to respond in the above referenced cause, for future appellate review, I wish the records to irrefutably reflect that I have not received a copy of any response from A.U.S.A Strand

As of this 2nd day of Feb 2006, Wherefore as defendant B.o.P Counsel failure to file a response to the Privacy Act litigation by Jan [1/27/06], Constitutes Civil default, I prose plaintiff Henderson am legally entitled to a default judgement in the instant Cause of Action.

Respectfully Submitted
Mark A. Henderson
#15509-016

Feb. 2nd 2006
C.C File

Sworn Declaration

Pro Se plaintiff, Mark Henderson hereby avers under penalty of perjury pursuant to 18 U.S.C. 1621 that a true & exact copy of the foregoing legal correspondence to clerk Ms. Nancy Mayer Whittington was served on the defendant counsel by placing same in postage prepaid first class mail this 2nd day of Feb. 2006 addressed to

Stratton C. Strand
U.S. Attorney Office
555 fourth Str., N.W
Washington, D.C 20001