```
   SERBQ              *         PUBLIC INFORMATION          *    12-27-2005
   PAGE 001           *            INMATE DATA              *    11:23:51
                                AS OF 12-27-2005

REGNO..: 15509-016 NAME: HENDERSON, MARK ANTHONY
                    RESP OF: COP / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 352-689-6000    FAX: 352-689-6012
                                             RACE/SEX...: BLACK / MALE
FBI NUMBER.: 431435AA4                       DOB/AGE....: 10-17-1966 / 39
PROJ REL MT: GOOD CONDUCT TIME RELEASE       PAR ELIG DT: N/A
PROJ REL DT: 09-18-2010                      PAR HEAR DT:
------------------------------- ADMIT/RELEASE HISTORY -------------------------
 FCL    ASSIGNMENT  DESCRIPTION                 START DATE/TIME  STOP DATE/TIME
 COP    A-DES       DESIGNATED, AT ASSIGNED FACIL 11-03-2005 1326 CURRENT
 B14    RELEASE     RELEASED FROM IN-TRANSIT FACL 11-03-2005 1326 11-03-2005 1326
 B14    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 11-03-2005 0631 11-03-2005 1326
 ATL    TRANSFER    TRANSFER                      11-03-2005 0631 11-03-2005 0631
 ATL    A-DES       DESIGNATED, AT ASSIGNED FACIL 02-02-2004 1353 11-03-2005 0631
 A01    RELEASE     RELEASED FROM IN-TRANSIT FACL 02-02-2004 1353 02-02-2004 1353
 A01    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 02-02-2004 0900 02-02-2004 1353
 OKL    HLD REMOVE  HOLDOVER REMOVED              02-02-2004 0800 02-02-2004 0800
 OKL    A-BOP HLD   HOLDOVER FOR INST TO INST TRF 01-29-2004 1645 02-02-2004 0800
 A01    RELEASE     RELEASED FROM IN-TRANSIT FACL 01-29-2004 1745 01-29-2004 1745
 A01    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 01-29-2004 1403 01-29-2004 1745
 LVN    TRANSFER    TRANSFER                      01-29-2004 1303 01-29-2004 1303
 LVN    A-DES       DESIGNATED, AT ASSIGNED FACIL 11-07-2002 1643 01-29-2004 1303
 A01    RELEASE     RELEASED FROM IN-TRANSIT FACL 11-07-2002 1743 11-07-2002 1743
 A01    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 11-07-2002 1030 11-07-2002 1743
 OKL    HLD REMOVE  HOLDOVER REMOVED              11-07-2002 0930 11-07-2002 0930
 OKL    A-HLD       HOLDOVER, TEMPORARILY HOUSED  10-30-2002 1715 11-07-2002 0930
 2-D    RELEASE     RELEASED FROM IN-TRANSIT FACL 10-30-2002 1815 10-30-2002 1815
 2-D    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 10-18-2002 1405 10-30-2002 1815
 CRL    ADMIN REL   ADMINISTRATIVE RELEASE        10-18-2002 1405 10-18-2002 1405
 CRL    A-ADMIN     ADMINISTRATIVE ADMISSION      10-18-2002 1340 10-18-2002 1405
 BOP    UNCOMT RMV  UNCOMMITTED CASE REMOVED      12-19-2001 0940 10-18-2002 1340
 BOP    A-UNCOMMIT  UNCOMMITTED PERSON            12-19-2001 0933 12-19-2001 0940
 P00    RELEASE 12  RELEASED FROM IN-TRANSIT, DEC 12-19-2001 0933 12-19-2001 0933
 P00    A-ADMIT 07  ADMITTED TO IN-TRANSIT, JUL   07-19-2000 0530 12-19-2001 0933
 4-D    RELEASE     RELEASED FROM IN-TRANSIT FACL 07-19-2000 0530 07-19-2000 0530
 4-D    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 03-21-2000 0920 07-19-2000 0530
 OTV    HLD REMOVE  HOLDOVER REMOVED              03-21-2000 0920 03-21-2000 0920
 OTV    A-PRE       PRE-SENT ADMIT, ADULT         03-17-2000 0559 03-21-2000 0920
 B06    RELEASE     RELEASED FROM IN-TRANSIT FACL 03-17-2000 0559 03-17-2000 0559
 B06    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 03-17-2000 0058 03-17-2000 0559
 NYM    TEMP REM    TEMPORARY REMOVAL             03-17-2000 0058 03-17-2000 0059
 NYM    A-PRE       PRE-SENT ADMIT, ADULT         03-09-2000 1823 03-17-2000 0058
 I-T    RELEASE     RELEASED FROM IN-TRANSIT FACL 03-09-2000 1823 03-09-2000 1823
 I-T    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 02-05-2000 0530 03-09-2000 1823
 A01    RELEASE     RELEASED FROM IN-TRANSIT FACL 02-05-2000 0530 02-05-2000 0530




G0002       MORE PAGES TO FOLLOW . . .
```



GOVERNMENT EXHIBIT 1

```
SERBQ              *        PUBLIC INFORMATION         *    12-27-2005
PAGE 002           *           INMATE DATA             *    11:23:51
                              AS OF 12-27-2005

REGNO..: 15509-016 NAME: HENDERSON, MARK ANTHONY

                     RESP OF: COP / DESIGNATED, AT ASSIGNED FACIL
                     PHONE..: 352-689-6000   FAX: 352-689-6012
A01    A-ADMIT      ADMITTED TO AN IN-TRANSIT FACL 02-04-2000 0823 02-05-2000 0530
NYM    HLD REMOVE   HOLDOVER REMOVED               02-04-2000 0823 02-04-2000 0823
NYM    A-HLD        HOLDOVER, TEMPORARILY HOUSED   02-03-2000 0024 02-04-2000 0823
B06    RELEASE      RELEASED FROM IN-TRANSIT FACL  02-03-2000 0024 02-03-2000 0024
B06    A-ADMIT      ADMITTED TO AN IN-TRANSIT FACL 02-03-2000 0007 02-03-2000 0024
OTV    HLD REMOVE   HOLDOVER REMOVED               02-03-2000 0007 02-03-2000 0007
OTV    A-HLD        HOLDOVER, TEMPORARILY HOUSED   02-01-2000 1401 02-03-2000 0007
FAI    GCT REL      GOOD CONDUCT TIME REL (CCCA)   02-10-1998 1928 02-01-2000 1401
FAI    A-DES        DESIGNATED, AT ASSIGNED FACIL  09-26-1997 1331 02-10-1998 1928
5-T    RELEASE      RELEASED FROM IN-TRANSIT FACL  09-26-1997 1331 09-26-1997 1331
5-T    A-ADMIT      ADMITTED TO AN IN-TRANSIT FACL 09-26-1997 0643 09-26-1997 1331
ALP    TRANSFER     TRANSFER                       09-26-1997 0643 09-26-1997 0643
ALP    A-DES        DESIGNATED, AT ASSIGNED FACIL  02-27-1995 1522 09-26-1997 0643
B10    RELEASE      RELEASED FROM IN-TRANSIT FACL  02-27-1995 1522 02-27-1995 1522
B10    A-ADMIT      ADMITTED TO AN IN-TRANSIT FACL 02-27-1995 0454 02-27-1995 1522
PET    HLD REMOVE   HOLDOVER REMOVED               02-27-1995 0454 02-27-1995 0454
PET    A-HLD        HOLDOVER, TEMPORARILY HOUSED   02-13-1995 1700 02-27-1995 0454
2-D    RELEASE      RELEASED FROM IN-TRANSIT FACL  02-13-1995 1700 02-13-1995 1700
2-D    A-ADMIT      ADMITTED TO AN IN-TRANSIT FACL 01-27-1995 1159 02-13-1995 1700
CRL    ADMIN REL    ADMINISTRATIVE RELEASE         01-27-1995 1159 01-27-1995 1159
CRL    A-ADMIN      ADMINISTRATIVE ADMISSION       01-27-1995 1154 01-27-1995 1159
I-T    RELEASE      RELEASED FROM IN-TRANSIT FACL  01-27-1995 1154 01-27-1995 1154
I-T    A-ADMIT      ADMITTED TO AN IN-TRANSIT FACL 01-25-1995 0530 01-27-1995 1154
B09    RELEASE      RELEASED FROM IN-TRANSIT FACL  01-25-1995 0530 01-25-1995 0530
B09    A-ADMIT      ADMITTED TO AN IN-TRANSIT FACL 01-23-1995 0510 01-25-1995 0530
PET    HLD REMOVE   HOLDOVER REMOVED               01-23-1995 0510 01-23-1995 0510
PET    A-HLD        HOLDOVER, TEMPORARILY HOUSED   01-18-1995 1800 01-23-1995 0510
P93    RELEASE 01   RELEASED FROM IN-TRANSIT, JAN  01-18-1995 1800 01-18-1995 1800
P93    A-ADMIT 10   ADMITTED TO IN-TRANSIT, OCT    10-27-1993 0530 01-18-1995 1800
I-T    RELEASE      RELEASED FROM IN-TRANSIT FACL  10-27-1993 0530 10-27-1993 0530
I-T    A-ADMIT      ADMITTED TO AN IN-TRANSIT FACL 06-29-1993 0530 10-27-1993 0530
A01    RELEASE      RELEASED FROM IN-TRANSIT FACL  06-29-1993 0530 06-29-1993 0530
A01    A-ADMIT      ADMITTED TO AN IN-TRANSIT FACL 06-28-1993 1728 06-29-1993 0530
ATL    HLD REMOVE   HOLDOVER REMOVED               06-28-1993 1728 06-28-1993 1728
ATL    A-PRE        PRE-SENTENCE ADMISSION         06-23-1993 1447 06-28-1993 1728




G0002        MORE PAGES TO FOLLOW . . .
```

```
 SERBQ           *         PUBLIC INFORMATION         *    12-27-2005
 PAGE 003        *            INMATE DATA             *    11:23:51
                           AS OF 12-27-2005

REGNO..: 15509-016 NAME: HENDERSON, MARK ANTHONY

                    RESP OF: COP / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 352-689-6000   FAX: 352-689-6012
PRE-RELEASE PREPARATION DATE: 03-18-2010

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE: 09-18-2010 VIA GCT REL

---------------------CURRENT JUDGMENT/WARRANT NO: 020 ---------------------

COURT OF JURISDICTION............: NORTH CAROLINA, EASTERN DISTRICT
DOCKET NUMBER....................: 5:01CR00300-001
JUDGE............................: BOYLE
DATE SENTENCED/PROBATION IMPOSED: 10-01-2002
DATE COMMITTED...................: 11-07-2002
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

                  FELONY ASSESS   MISDMNR ASSESS   FINES        COSTS
NON-COMMITTED.:   $300.00         $00.00           $00.00       $00.00

RESTITUTION...:  PROPERTY: NO   SERVICES: NO     AMOUNT: $11,019.40

---------------------CURRENT OBLIGATION NO: 010 ---------------------
OFFENSE CODE....: 554
OFF/CHG: 18 USC:2113(A)(D)-ARMED BANK ROBBERY (CTS 1&3)

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    150 MONTHS
  TERM OF SUPERVISION............:      5 YEARS
  NEW SENTENCE IMPOSED...........:    120 MONTHS
  BASIS FOR CHANGE...............: RULE 35 GOVERNMENT APPEAL
  DATE OF OFFENSE................: 10-10-2001




G0002         MORE PAGES TO FOLLOW . . .
```

```
    SERBQ          *          PUBLIC INFORMATION          *     12-27-2005
    PAGE 004       *             INMATE DATA              *     11:23:51
                              AS OF 12-27-2005

 REGNO..: 15509-016 NAME: HENDERSON, MARK ANTHONY

                  RESP OF: COP / DESIGNATED, AT ASSIGNED FACIL
                  PHONE..: 352-689-6000    FAX: 352-689-6012
 -----------------------CURRENT OBLIGATION NO: 020 -------------------------
 OFFENSE CODE....: 130
 OFF/CHG: 18 USC:924(C)(1)(A)(III)-USE,CARRY,POSS& DISCHARGE
          FIREARM DURING & RELATION TO CRIME OF VIOLENCE (CT.4)

  SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:   120 MONTHS
  TERM OF SUPERVISION.............:     5 YEARS
  RELATIONSHIP OF THIS OBLIGATION
    TO OTHERS FOR THE OFFENDER....: CC
  DATE OF OFFENSE.................: 10-10-2001

 ------------------------CURRENT COMPUTATION NO: 020 -----------------------

 COMPUTATION 020 WAS LAST UPDATED ON 06-17-2005 AT ATL AUTOMATICALLY

 THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
 CURRENT COMPUTATION 020: 020 010, 020 020

 DATE COMPUTATION BEGAN..........: 10-01-2002
 AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
 TOTAL TERM IN EFFECT............:   120 MONTHS
 TOTAL TERM IN EFFECT CONVERTED..:    10 YEARS
 AGGREGATED TERM OF SUPERVISION..:     5 YEARS
 EARLIEST DATE OF OFFENSE........: 10-10-2001

 JAIL CREDIT.....................:  FROM DATE      THRU DATE
                                    10-10-2001     09-30-2002




 G0002        MORE PAGES TO FOLLOW . . .
```

```
SERBQ            *         PUBLIC INFORMATION          *     12-27-2005
PAGE 005         *            INMATE DATA              *     11:23:51
                           AS OF 12-27-2005

REGNO..: 15509-016 NAME: HENDERSON, MARK ANTHONY
                  RESP OF: COP / DESIGNATED, AT ASSIGNED FACIL
                  PHONE..: 352-689-6000    FAX: 352-689-6012
TOTAL PRIOR CREDIT TIME.........: 356
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 387
TOTAL GCT EARNED................: 121
STATUTORY RELEASE DATE PROJECTED: 09-18-2010
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 10-10-2011


PROJECTED SATISFACTION DATE.....: 09-18-2010
PROJECTED SATISFACTION METHOD...: GCT REL




G0002        MORE PAGES TO FOLLOW . . .
```