```
   SERBQ  531.01  *           INMATE HISTORY              *    12-27-2005
   PAGE 001       *              QUARTERS                 *    12:05:41

   REG NO..: 15509-016 NAME....: HENDERSON, MARK ANTHONY
   CATEGORY: QTR        FUNCTION: PRT        FORMAT:

FCL      ASSIGNMENT DESCRIPTION                    START DATE/TIME STOP  DATE/TIME
COP      D02-222U   HOUSE D/RANGE 02/BED 222U      11-04-2005 1523 CURRENT
COP      D02-214U   HOUSE D/RANGE 02/BED 214U      11-03-2005 1641 11-04-2005 1523
COP      R01-101L   HOUSE R/RANGE 01/BED 101L      11-03-2005 1326 11-03-2005 1641
ATL      Z03-225LAD HOUSE Z/RANGE 03/BED 225L AD   10-22-2005 1341 11-03-2005 0631
ATL      Z03-226LAD HOUSE Z/RANGE 03/BED 226L AD   07-09-2005 0932 10-22-2005 1341
ATL      Z03-227LAD HOUSE Z/RANGE 03/BED 227L AD   07-05-2005 1545 07-09-2005 0932
ATL      Z03-238LAD HOUSE Z/RANGE 03/BED 238L AD   06-29-2005 2013 07-05-2005 1545
ATL      Z01-214LAD HOUSE Z/RANGE 01/BED 214L AD   06-14-2005 1230 06-29-2005 2013
ATL      Z05-304LAD HOUSE Z/RANGE 05/BED 304L AD   06-12-2005 1022 06-14-2005 1230
ATL      Z05-303LAD HOUSE Z/RANGE 05/BED 303L AD   05-15-2005 2047 06-12-2005 1022
ATL      Z05-302LAD HOUSE Z/RANGE 05/BED 302L AD   04-18-2005 0956 05-15-2005 2047
ATL      Z05-301LAD HOUSE Z/RANGE 05/BED 301L AD   03-28-2005 1403 04-18-2005 0956
ATL      Z05-314LAD HOUSE Z/RANGE 05/BED 314L AD   03-07-2005 0901 03-28-2005 1403
ATL      Z05-313LAD HOUSE Z/RANGE 05/BED 313L AD   02-13-2005 1225 03-07-2005 0901
ATL      Z05-312LAD HOUSE Z/RANGE 05/BED 312L AD   01-24-2005 0851 02-13-2005 1225
ATL      Z05-311LAD HOUSE Z/RANGE 05/BED 311L AD   01-02-2005 1105 01-24-2005 0851
ATL      Z05-310LAD HOUSE Z/RANGE 05/BED 310L AD   12-11-2004 1205 01-02-2005 1105
ATL      Z05-309LAD HOUSE Z/RANGE 05/BED 309L AD   11-06-2004 1003 12-11-2004 1205
ATL      Z05-308LAD HOUSE Z/RANGE 05/BED 308L AD   10-09-2004 1103 11-06-2004 1003
ATL      Z05-307LAD HOUSE Z/RANGE 05/BED 307L AD   09-17-2004 1330 10-09-2004 1103
ATL      Z05-307LAD HOUSE Z/RANGE 05/BED 307L AD   09-17-2004 1249 09-17-2004 1330
ATL      Z05-306LAD HOUSE Z/RANGE 05/BED 306L AD   09-10-2004 1024 09-17-2004 1249
ATL      Z05-301LAD HOUSE Z/RANGE 05/BED 301L AD   08-24-2004 1427 09-10-2004 1024
ATL      Z01-239LAD HOUSE Z/RANGE 01/BED 239L AD   08-24-2004 1045 08-24-2004 1427
ATL      Z01-240LAD HOUSE Z/RANGE 01/BED 240L AD   09-24-2004 1042 08-24-2004 1045
ATL      H01-002L   HOUSE H/RANGE 01/BED 002L      08-23-2004 2015 08-24-2004 1042
ATL      Z01-206LAD HOUSE Z/RANGE 01/BED 206L AD   08-21-2004 1232 08-23-2004 2015
ATL      Z01-207LAD HOUSE Z/RANGE 01/BED 207L AD   07-31-2004 0958 08-21-2004 1232
ATL      Z01-208LAD HOUSE Z/RANGE 01/BED 208L AD   07-10-2004 1405 07-31-2004 0958
ATL      Z01-209LAD HOUSE Z/RANGE 01/BED 209L AD   06-20-2004 0917 07-10-2004 1405
ATL      Z01-210LAD HOUSE Z/RANGE 01/BED 210L AD   06-11-2004 1429 06-20-2004 0917
ATL      D05-509U   HOUSE D/RANGE 05/BED 509U      02-19-2004 1306 06-11-2004 1429
ATL      D05-504L   HOUSE D/RANGE 05/BED 504L      02-18-2004 1354 02-19-2004 1306
ATL      A06-624L   HOUSE A/RANGE 06/BED 624L      02-11-2004 1203 02-18-2004 1354
ATL      Z01-231LAD HOUSE Z/RANGE 01/BED 231L AD   02-02-2004 1838 02-11-2004 1203
ATL      R01-001L   HOUSE R/RANGE 01/BED 001L      02-02-2004 1353 02-02-2004 1838
OKL      Z03-719LDS HOUSE Z/RANGE 03/BED 719L DS   01-29-2004 2029 02-02-2004 0800
OKL      R01-001L   HOUSE R/RANGE 01/BED 001L      01-29-2004 1645 01-29-2004 2029
LVN      ADM DET    ADMINISTRATIVE DETENTION       01-11-2003 2210 01-29-2004 1303
LVN      Z13-001LAD HOUSE Z/RANGE 13/BED 001L AD   01-11-2003 1453 01-11-2003 2210
LVN      DCH        CELLHOUSE D                    01-10-2003 2123 01-11-2003 1453




G0002       MORE PAGES TO FOLLOW . . .
```

GOVERNMENT EXHIBIT 2