```
    SERAR           *           INMATE DISCIPLINE DATA            *      03-15-2005
    PAGE 001        *        CHRONOLOGICAL DISCIPLINARY RECORD    *      15:02:11

    REGISTER NO: 15509-016  NAME..: HENDERSON, MARK ANTHONY
    FUNCTION...: PRT      FORMAT: CHRONO     LIMIT TO     MOS PRIOR TO 03-15-2005

    ------------------------------------------------------------------------------
    REPORT NUMBER/STATUS.: 1261501 - SANCTIONED  INCIDENT DATE/TIME: 09-13-2004 0655
    DHO HEARING DATE/TIME: 09-21-2004 1424
    FACL/CHAIRPERSON.....: ATL/THOMAS R.
    REPORT REMARKS.......: INMATE DENIED THE CHARGE (206).
       206 MAKING SEXUAL PROPOSAL/THREAT - FREQ: 1 ATI: SN1
           DIS GCT    / 27 DAYS / CS
           COMP:020 LAW:P    FOR KEYING PURPOSES ONLY.
           DS         / 30 DAYS / CS
           COMP:      LAW:
           LP COMM    / 120 DAYS / CS
           COMP:      LAW:
           LP PHONE   / 90 DAYS / CS
           COMP:      LAW:
           LP VISIT   / 60 DAYS / CS
           COMP:      LAW:
    ------------------------------------------------------------------------------
    REPORT NUMBER/STATUS.: 1254410 - SANCTIONED  INCIDENT DATE/TIME: 08-23-2004 1925
    DHO HEARING DATE/TIME: 09-14-2004 1359
    FACL/CHAIRPERSON.....: ATL/THOMAS R
    APPEAL CASE NUMBER(S): 353316
    REPORT REMARKS.......: INMATE DENIED THE CHARGE (224)
       224 ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: SF3 RFP: A
           DIS GCT    / 27 DAYS / CS
           COMP:020 LAW:P
           DS         / 30 DAYS / CS
           COMP:      LAW:
           LP COMM    / 730 DAYS / CS
           COMP:      LAW:    RESTRICT COMMISSARY FOR TWO YEARS
           LP PHONE   / 365 DAYS / CS
           COMP:      LAW:    RESTRICT PHONE FOR ONE YEAR, IN ADDITION  TO
                              EXISTING TIME.
           LP VISIT   / 365 DAYS / CS
           COMP:      LAW:    RESTRICT VISITING PRIVILEGES FOR ONE YEAR,IN
                              ADDITION TO EXISTING TIME.
    ------------------------------------------------------------------------------
    REPORT NUMBER/STATUS.: 1253914 - SANCTIONED  INCIDENT DATE/TIME: 08-22-2004 1210
    DHO HEARING DATE/TIME: 09-13-2004 1319
    FACL/CHAIRPERSON.....: ATL/THOMAS R
    REPORT REMARKS.......: INMATE ADMITTED TO THE CHARGES (299/201 AND 224)
       224 ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: IF1 RFP: D
           DIS GCT    / 1 DAYS / CS
           COMP:020 LAW:P
           LP COMM    / 60 DAYS / CS
           COMP:      LAW:


    G0002         MORE PAGES TO FOLLOW . . .
```

GOVERNMENT EXHIBIT 3

```
   SERAR            *         INMATE DISCIPLINE DATA          *    03-15-2005
   PAGE 002         *      CHRONOLOGICAL DISCIPLINARY RECORD  *    15:02:11

REGISTER NO: 15509-016 NAME..: HENDERSON, MARK ANTHONY
FUNCTION...: PRT         FORMAT: CHRONO     LIMIT TO    MOS PRIOR TO 03-15-2005

DHO HEARING DATE/TIME: 09-13-2004 1319    REPORT 1253914 CONTINUED
       LP PHONE   / 30 DAYS / CS
       COMP:     LAW:
       TRANSFER   / CS
       COMP:     LAW:
   299 DISRUPTIVE CONDUCT-HIGH - FREQ: 1
       DIS GCT    / 13 DAYS / CS
       COMP:020 LAW:P   299/201
       DS         / 30 DAYS / CS
       COMP:     LAW:     299/201
       LP COMM    / 60 DAYS / CS
       COMP:     LAW:     299/201
       LP PHONE   / 30 DAYS / CS
       COMP:     LAW:     299/201
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1247711 - SANCTIONED INCIDENT DATE/TIME: 06-11-2004 1530
DHO HEARING DATE/TIME: 08-10-2004 1025
FACL/CHAIRPERSON.....: ATL/THOMAS R.
REPORT REMARKS.......: INMATE ADMITTED TO THE CHARGE (201). STATED THEY WERE
                       HORSEPLAYING. FIGHTING WITH I/M FACSION, 08332-021.
   201 FIGHTING WITH ANOTHER PERSON - FREQ: 1
       DIS GCT    / 27 DAYS / CS
       COMP:020 LAW:P
       DS         / 30 DAYS / CS
       COMP:     LAW:
       LP COMM    / 180 DAYS / CS
       COMP:     LAW:
       LP PHONE   / 120 DAYS / CS
       COMP:     LAW:
       LP VISIT   / 120 DAYS / CS
       COMP:     LAW:
       TRANSFER   / CS
       COMP:     LAW:
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1204864 - SANCTIONED INCIDENT DATE/TIME: 03-24-2004 0704
UDC HEARING DATE/TIME: 03-25-2004 0800
FACL/UDC/CHAIRPERSON.: ATL/D UNIT/O.BROOKS
REPORT REMARKS.......: LOSS OF COMMISSARY AND PHONE 30 DAYS
   316 BEING IN UNAUTHORIZED AREA - FREQ: 1
       LP COMM    / 30 DAYS / CS
       COMP:     LAW:




G0002         MORE PAGES TO FOLLOW . . .
```

```
     SERAR          *         INMATE DISCIPLINE DATA            *    03-15-2005
PAGE 003 OF 003 *       CHRONOLOGICAL DISCIPLINARY RECORD       *    15:02:11

REGISTER NO: 15509-016 NAME..: HENDERSON, MARK ANTHONY
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO     MOS PRIOR TO 03-15-2005

-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1054537 - SANCTIONED  INCIDENT DATE/TIME: 12-09-2002 1000
DHO HEARING DATE/TIME: 12-19-2002 1000
FACL/CHAIRPERSON.....: LVN/LACY
REPORT REMARKS.......: DENIES GUILT
    104  POSSESSING A DANGEROUS WEAPON - FREQ: 1
         DIS GCT    / 27 DAYS / CS
         COMP:020 LAW:P
         DS         / 30 DAYS / CS
         COMP:      LAW:
         LP COMM    / 45 DAYS / CS
         COMP:      LAW:
         LP PHONE   / 45 DAYS / CS
         COMP:      LAW:
    224  ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: IB2 RFP: D
         DIS GCT    / 14 DAYS / CS
         COMP:020 LAW:P
         DS         / 15 DAYS / CS
         COMP:      LAW:
         LP COMM    / 45 DAYS / CS
         COMP:      LAW:
         LP PHONE   / 45 DAYS / CS
         COMP:      LAW:
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 437782 - SANCTIONED   INCIDENT DATE/TIME: 09-27-1996 1045
UDC HEARING DATE/TIME: 09-30-1996 1349
FACL/UDC/CHAIRPERSON.: ALP/IV/DENJEN
REPORT REMARKS.......: REFUSING TO OBEY AN ORDER
    307  REFUSING TO OBEY AN ORDER - FREQ: 1
         EXTRA DUTY / 10 HOURS / CS
         COMP:      LAW:    TO BE PERFORMED IN UNIT 4B
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 352780 - SANCTIONED   INCIDENT DATE/TIME: 09-26-1995 0800
DHO HEARING DATE/TIME: 10-26-1995 1350
FACL/CHAIRPERSON.....: ALP/LOWTHER
REPORT REMARKS.......: DENIES CHARGES
    104A POSSESSING A DANGEROUS WEAPON - FREQ: 1
         DS         / 60 DAYS / CS
         COMP:      LAW:
    406  USING PHONE OR MAIL W/O AUTH - FREQ: 1
         LOSE PRIV  / 60 DAYS / CS
         COMP:      LAW:    COMMISSARY RESTRICTION: 10/26/95 - 12/26/95




G0005          TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```