

**U.S. Department of Justice**
Federal Bureau of Prisons

# Program
# Statement

OPI: CPD
NUMBER: 5100.07
DATE: 9/3/99
SUBJECT: Security Designation and
Custody Classification
Manual

1. **PURPOSE AND SCOPE**. To transmit a Manual of policy and instructions for designating and redesignating inmates. Inmates will be designated/redesignated to institutions based on:

- security criteria,
- inmate program needs, and
- other correctional administrative factors.

This Manual also provides instructions regarding inmate custody classifications.

2. **PROGRAM OBJECTIVES**. The expected results of this program are:

a. Each Bureau institution will be assigned a security level based on established criteria.

b. Inmates will be placed in facilities commensurate with their security and program needs through an objective system of classification.

c. Inmates and staff will live and work in environments made safer by objective inmate classification guidelines applied with sound correctional judgment.

d. The public will be protected from undue risk.

e. Planning and development of new institutions will be enhanced by reliable data based on the security needs of the Bureau's inmate population.

GOVERNMENT
EXHIBIT
4

CARDELL 800-731-0189

> **INMATE TRANSFER**

1. **CENTRAL INMATE MONITORING CASES.** Most inmate transfers are coordinated through the Regional Office in accordance with the provisions outlined in this Manual. (Refer to Section 2.b. below for WITSEC transfers.) Ordinarily, unit staff request a transfer by making the appropriate referral with up-to-date, accurate information regarding CIM assignments included in the referral. The Regional Designator will enter approved transfers in SENTRY on the "Enter Redesignation" screen. He or she will also enter the destination (DST) assignment. A Request for CIM Activity clearance **should not** be subsequently routed to the Warden for approval as **CIM activity clearance is included in the redesignation** for all CIM assignments except WITSEC. For medical referrals, institution staff will send the referral to the Medical Designator via GroupWise. The Medical Designator will enter approved transfers to a Bureau medical facility into SENTRY on the "Enter Redesignation" screen.

2. **TYPES OF TRANSFERS. Copies of all transfer requests for Disruptive Group Members will be forwarded to the Intelligence Section, Central Office, via GroupWise upon approval of the transfer. Additionally, the institution Special Investigative Supervisor should also receive a copy of the transfer request.**

   a. **WITSEC Transfers.** All movement of Witness Security cases is coordinated exclusively through the Inmate Monitoring Section of the Correctional Programs Branch, Central Office. Witness Security cases will not be transferred without authorization from that office. Witness Security inmates who require medical or mental health treatment at a medical center must also be approved by the Medical Designator.

   If the inmate is classified as a WITSEC case, a copy of the medical referral will be sent simultaneously to the Inmate Monitoring Section (IMS) **and** the Medical Designator. The Inmate Monitoring Section will coordinate with the OMDT regarding an appropriate placement. Placement will be based on available medical resources, security needs, bed space availability, and the inmate's need for medical care. IMS will enter activity clearances for WITSEC cases.

   b. **Disciplinary Transfers/Close Supervision Transfers.** A disciplinary transfer to the same security level institution is normally discouraged. Wardens may recommend same security level transfers when local efforts to manage the inmate have failed or

other overriding circumstances exist.  Ordinarily, an inmate
classified as an "unverified protection" case will not be
considered for close supervision transfer for a period of 18-24
months.  Earlier recommendations may be justified due to
population pressures.

   Transfer requests for disciplinary purposes or close
supervision cases require complete transfer packets to the
Regional Correctional Services Administrator.  Packets shall
contain the following:

        (1)  Warden's referral memorandum;
        (2)  Presentence Investigation Report;
        (3)  Current Progress Report;
        (4)  Disciplinary Report(s) and DHO packet;
        (5)  Close Supervision investigation report;
        (6)  Intelligence data; and,
        (7)  Supporting memoranda.

   Inmates transferred for disciplinary purposes, under code 309,
shall remain at the new institution (which should be a higher
security level) for a period of 36 months with clear conduct
prior to redesignation consideration for nearer release.

   c.  **Medical and Psychiatric Transfers**.  Medical designations
and transfers are approved by the Central Office Medical
Designator in the Office of Medical Designations and
Transportation (OMDT), Central Office.  The Central Office
Medical Designator assigns inmates to medical referral centers,
institutions with medical resources, or non-Bureau community care
centers to provide the required services.  Transfers will be
classified as either "Emergency, Routine/Urgent, or Routine."

   If an inmate objects, either in writing or through his or her
attorney, to a transfer for psychiatric/mental health treatment,
the provisions of 18 U.S.C. § 4245 may apply.  Staff shall
suspend transfer action in these cases and refer the matter to
the Regional Counsel for review.  The Regional Counsel will
notify the institution when the transfer action can be re-
instituted.

        (1)  **Emergency Transfer** - An emergency transfer is a
medical or psychiatric transfer so declared by medical staff.
This includes inmates medically not capable of transport via
routine BOP surface or air conveyance.  An inmate's condition may
require medical staff to declare a medical or psychiatric
emergency.       Emergency referrals may require special
transportation, including air ambulance, air charter, or
emergency ground transportation.

| TRANSFER CODES | |
|---|---|
| **CODE** | **DESCRIPTION** |
| 276 | **FURLOUGH TRANSFER**: Unescorted furlough transfer to a CCC. |
| 307 | **INSTITUTION CLASSIFICATION**: Transfer to an institution with greater security (e.g., Low to Medium). |
| 308 | **INSTITUTION CLASSIFICATION**: Transfer to an institution with less security (e.g., High to Medium). |
| 309 | **DISCIPLINARY**: Transfer as a result of an act(s) of misconduct related to documented poor institutional adjustment.  See Program Statement on Discipline and Special Housing Unit. |
| 313 | **NEARER RELEASE**: Transfer for the purpose of placing an inmate in an institution nearer the release destination or to facilitate the release process. |
| 314 | **TRAINING PURPOSE**: Discontinued (see code 324). |
| 315 | **TRAINING COMPLETED**: Discontinued (see code 325). |
| 316 | **TEMPORARY TRANSFER**: Transfer to the custody of U.S. Marshals or local authority. |
| 317 | **RELIEVE OVERCROWDING**: Transfer to relieve overcrowding at a facility. |
| 318 | **INCREASE POPULATION**: Transfer to build a population, usually upon activation of a new facility. |
| 319 * | **DRUG ABUSE PROGRAM**: Transfer to participate in a specialized Drug Abuse Program. |
| 320 * | **WORK/STUDY RELEASE**: Discontinued. |
| 321 | **TRANSFER TO CONTROL UNIT**: Transfer to Control Unit (see Chapter 9, section 3). |
| 322 | **TRANSFER FROM CONTROL UNIT**: Transfer from Control Unit (See Chapter 9, section 3). |
| 323 | **CLOSE SUPERVISION CASE**: Transfer as a result of an investigation that indicates a safety, security, or escape risk.  Includes verified and unverified protection cases. |
| 324 | **PROGRAM PARTICIPATION**: Transfer for a parole hearing or to participate in a specialized program. |
| 325 | **PROGRAM COMPLETED/WITHDRAWAL/REMOVAL**: Return to the original institution following completion/withdrawal/removal from a specialized program. |

| TRANSFER CODES | |
| --- | --- |
| CODE | DESCRIPTION |
| 326 | **CONCURRENT SERVICE IN NON-FEDERAL FACILITY:** Transfer to non-federal facility (excluding CCC) for service of concurrent federal and state sentences. |
| 327 | **BOARDING IN NON-FEDERAL FACILITY:** Transfer to non-federal facility (excluding CCC) for service of federal sentences only. |
| 328 | **RETURN FROM NON-FEDERAL FACILITY:** Return from non-federal facility to federal institution for service of federal sentence only. |
| 330 | **ADJUSTMENT PURPOSES:** Transfer for the purpose of placing the inmate in a new setting due to poor institutional adjustment or CIM concerns. This code differs from a 323 Close Supervision Transfer in that an SIS investigation is not normally conducted. |
| 331 | **TRANSFER FOR MEDICAL TREATMENT:** Transfer for the purpose of obtaining medical/physical treatment, either to a medical facility or to the local hospital. |
| 332 | **MEDICAL TREATMENT COMPLETED:** Return from medical facility or local hospital to parent institution. |
| 333 | **TRANSFER FOR PSYCHOLOGICAL/PSYCHIATRIC EVALUATION:** This pertains to transfers between BOP medical facilities for evaluation purposes only. (For example, a chronic care inmate in a medical center GP may require transfer to another BOP medical facility for evaluation purposes regarding a medical emergency) (SPG to BUT). |
| 334 | **PSYCHOLOGICAL/PSYCHIATRIC EVALUATION COMPLETED:** This code is to be used when inmates are ready for discharge from inpatient psychiatric evaluation. (For example, when a medical condition is controlled and the inmate is returned to a general population unit/institution). |
| 335 | **TRANSFER FOR HOSPITALIZATION AND TREATMENT:** This pertains to transfers between BOP medical facilities for treatment. (For example, a chronic care inmate in a medical center GP may require transfer to another BOP medical facility if the inmate experiences a medical emergency.) (SPG to BUT). |
| 336 | **HOSPITALIZATION AND TREATMENT COMPLETED:** Discontinued (see code 332). |
| 337 | **OTHER:** This category may be used only when no other transfer code above applies. |
| 369 * | **FACILITY REORGANIZATION:** Transfer based on a mission change of the institution. |