

U.S. Department of Justice

Federal Bureau of Prisons

---

Washington, DC 20534
May 11, 2005

MEMORANDUM FOR EXECUTIVE STAFF

FROM:   John M. Vanyur, Assistant Director
        Correctional Programs Division

SUBJECT: Rules Governing 309/323 Transfer

On November 15, 2004, the 309/323 High Security Transfer Pilot was closed with approved implementation for all Bureau of Prisons institutions, with the exception of minimum security facilities. The results of the pilot supported a reduction in 309/323 transfers, allowing the agency to function at enhanced levels of cost effectiveness.

A comprehensive review was conducted in conjunction with the High Security Transfer Pilot revealing a significant number of requests for 309/323 transfer stemmed from inmates displaying manipulative behaviors. It was also noted that many of the institutions had not fully exhausted all available methods for effective management of problematic inmates.

Accordingly, transfer referrals for non-medical redesignations will be transmitted to the designator via GroupWise. Post-disciplinary detention will be utilized to discourage inmates from manipulating transfers by requiring a period of clear conduct prior to return to general population or transfer.

Since the occupancy capacity of each Special Housing Unit typically correlates with the security level of the institution, a graduated scale has been adopted to ensure that inmates sustain a specific window of clear conduct:

>   Twelve months for High Security
>   Ten months for Medium Security
>   Eight months for Low Security

The specified window of clear conduct must be accomplished while the inmate is housed in SHU. Each inmate will be evaluated at conclusion to determine if they are appropriate to remain at the facility with return to general population or referred for transfer. If the inmate is returned to the general population and again demonstrates non-compliant behavior(s), a local determination will be made for return to SHU for post-disciplinary clear conduct or for transfer referral. If the warden opts for a transfer referral, the referral and the Administrative Detention Order must include **case specific justification**.


GOVERNMENT EXHIBIT 5

Rules Governing 309/323 Transfer
Page Two

Inmates in post-disciplinary detention status who require inpatient treatment for medical or mental health issues may continue to be referred to the Office of Medical Designations and Transportation for transfer and treatment as these needs arise.

Administrative Detention is governed by 28 C.F.R. §541.22 and Program Statement 5270.07, <u>Inmate Discipline and Special Housing Units</u>. Circumstances for placement in Administrative Detention status include:

1) Is pending a hearing for a violation of Bureau regulations;
2) Is pending an investigation of a violation of Bureau regulations;
3) Is pending investigation or trial for a criminal act;
4) Is pending transfer;
5) Requests admission to administrative detention for the inmate's own protection, or staff determines that admission to or continuation in administrative detention is necessary for the inmate's own protection (see §541.23) or
6) Is terminating confinement in disciplinary segregation and placement in general population is not prudent. The Segregation Review Official is to advise the inmate of this determination and reason for such action.

Element Six will ordinarily serve as a basis for authorizing post-disciplinary detention in excess of 90 days for inmates under review for 309/323 transfer that have not completed the required period of clear conduct. Other inmates housed in SHU in excess of 90 days pursuant to an Administrative Detention Order will be processed in accordance with Program Statement 5270.07, <u>Inmate Discipline and Special Housing Unit</u> and/or 5100.07, <u>Security Designation and Custody Classification Manual</u>.

The institution will generate a regional referral for each inmate in post-disciplinary detention in excess of 90 days which includes case specific information stating why the inmate is not appropriate for return to general population or immediate transfer. Reasons such as "region denied transfer" or "309/323" pilot are not sufficient, and will be returned for completion. Erroneous use of a 307 or 330 referral will be denied by the designator and returned to the institution pending the required term of clear conduct. The Regional Director will submit a recommendation for post-disciplinary detention in excess of 90 days to the Assistant Director, Correctional Programs Division for concurrence. Distribution should include a carbon copy to BOP-CPD/DHO-. An Administrative Detention Order must be generated at the institution which cites the same case specific information and includes documentation indicating that the Segregation Review Official has advised the inmate of the basis for the extended stay.

It is imperative that these guidelines and documentation requirements for continued detention are adhered to uniformly for agency response to any resulting litigation. If you have any questions or require additional information, please contact me at (202)307-3226.