U.S. Department of Justice    Regional Administrative Remedy Appeal
Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: **Henderson Mark A**    **15509-016**    **MAX 314**    **USP Atlanta**
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL** I disagree with the decision that I received regarding my initial Administrative remedy request that I filed on 2/5/2005, and I am filing an Appeal. Based on, the S.H.U (Pilot program) puts me in double Jeopardy & Violates my 8th Amendment rights concerning Cruel & unusual punishment, whereas I have completed my disciplinary Segregation time for 3 incident reports, I received while in S.H.U, inturn, now I must do Additional time in Administrative Segregation before I am finally given a disciplinary tranfer farther from home. Furthermore the (Pilot program) isn't ran in accordance with →

(see Attach pg I)

3/9/05    Mark Anthony Henderson
DATE    SIGNATURE OF REQUESTER

**Part B - RESPONSE**

GOVERNMENT EXHIBIT 6

RECEIVED MAR 11 2005
REGIONAL COUNSEL'S OFFICE-SERO
BUREAU OF PRISONS

DATE    REGIONAL DIRECTOR
If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.
ORIGINAL: RETURN TO INMATE    CASE NUMBER: 366291-R1

**Part C - RECEIPT**    CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION
SUBJECT: _____

DATE    SIGNATURE, RECIPIENT OF REGIONAL APPEAL

USP LVN    BP-230(13) JUNE 2002