Regional Administrative Remedy Appeal No. 366291-R1
Part B - Response

This is in response to your Regional Administrative Remedy Appeal receipted March 11, 2005. You allege based on the Special Housing Unit (Pilot Program) it puts you in double jeopardy and violates your 8th amendment rights. You request the Warden have your Unit Team submit a transfer immediately to the Regional Office.

You were initially assigned to the Special Housing Unit for an investigation of an incident which occurred involving you and another inmate for fighting. Documentation reveals you were provided a timely response as to the reasons you were placed in SHU. While assigned to the Special Housing Unit you received three additional incident reports, with the last one being written on September 9, 2004. Program Statement 5100.07, Security Designation and Custody Classification Manual, requires an inmate to remain at a facility for 12 to 18 months with clear conduct before being considered for a transfer. You are not eligible for a transfer until September 13, 2005, pending clear conduct.

Program Statement 5270.07, Inmate Discipline and Special Housing Units, Chapter 9, Pages 6 and 7, allows for extended placement in Administrative Detention when it is not determined prudent to release an inmate in general population. Staff have followed proper procedures during the course of this review, and it was determined, due to the fact you were involved in a fight with another inmate you should be given a CIMS status of separation. Based on that information your placement in general population is not prudent.

Accordingly, your Regional Administrative Remedy Appeal is denied. If dissatisfied with this response, you may appeal to the Office of General Counsel, Bureau of Prisons, 320 First Street, NW, Washington, DC 20534. Your appeal must be received in the Office of General Counsel within 30 calendar days of the date of this response.

_3-17-05_
Date

_____
Regional Director, SERO

GOVERNMENT EXHIBIT 7