```
  SERBQ         *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      12-27-2005
PAGE 001 OF                                                          12:51:21
     FUNCTION: L-P SCOPE: REG   EQ 15509-016     OUTPUT FORMAT: FULL __________
-------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
DT RCV: FROM __________ THRU __________ DT STS: FROM __________ THRU __________
DT STS: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT RDU
DT TDU: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT TRT
STS/REAS: ______ ______ ______ ______ ______ ______ ______ ______ ______ ______
SUBJECTS: ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____
EXTENDED: _ REMEDY LEVEL: _ _           RECEIPT: _ _ _ "OR" EXTENSION: _ _ _
RCV  OFC : EQ ____       ____       ____       ____       ____       ____
TRACK:  DEPT: __________ __________ __________ __________ __________ __________
      PERSON: ___        ___        ___        ___        ___        ___
        TYPE: ___        ___        ___        ___        ___        ___
EVNT FACL: EQ ____       ____       ____       ____       ____       ____
RCV FACL.: EQ ____       ____       ____       ____       ____       ____
RCV UN/LC: EQ __________ __________ __________ __________ __________ __________
RCV QTR..: EQ __________ __________ __________ __________ __________ __________
ORIG FACL: EQ ____       ____       ____       ____       ____       ____
ORG UN/LC: EQ __________ __________ __________ __________ __________ __________
ORIG QTR.: EQ __________ __________ __________ __________ __________ __________
```

G0002       MORE PAGES TO FOLLOW . . .

GOVERNMENT
EXHIBIT
ID

```
  SERBQ          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      12-27-2005
PAGE 006 OF      *               FULL SCREEN FORMAT             *      12:51:21

REGNO: 15509-016 NAME: HENDERSON, MARK
RSP OF...: COP UNT/LOC/DST: C/D                        QTR.: D02-222U   RCV OFC: ATL
REMEDY ID: 362019-F1       SUB1: 22AM SUB2:            DATE RCV:    12-15-2004
UNT RCV..: D UNIT         QTR RCV.: Z05-310LAD         FACL RCV: ATL
UNT ORG..: D UNIT         QTR ORG.: Z05-310LAD         FACL ORG: ATL
EVT FACL.: ATL     ACC LEV:                               RESP DUE:
ABSTRACT.: PILOT PROGRAM
STATUS DT: 12-17-2004  STATUS CODE: REJ STATUS REASON: CON INF RSF
INCRPTNO.:             RCT:   EXT:   DATE ENTD: 12-17-2004
REMARKS..:

REGNO: 15509-016 NAME: HENDERSON, MARK
RSP OF...: COP UNT/LOC/DST: C/D                        QTR.: D02-222U   RCV OFC: ATL
REMEDY ID: 363369-F1       SUB1: 11EM SUB2:            DATE RCV:    12-30-2004
UNT RCV..: D UNIT         QTR RCV.: Z05-310LAD         FACL RCV: ATL
UNT ORG..: D UNIT         QTR ORG.: Z05-310LAD         FACL ORG: ATL
EVT FACL.: ATL     ACC LEV:                               RESP DUE:
ABSTRACT.: READING MATERIALS IN EDU
STATUS DT: 01-05-2005  STATUS CODE: REJ STATUS REASON: INF CON RSF
INCRPTNO.:             RCT:   EXT:   DATE ENTD: 01-05-2005
REMARKS..:
```

```
  SERBQ          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      12-27-2005
PAGE 008 OF      *                FULL SCREEN FORMAT             *      12:51:21

REGNO: 15509-016 NAME: HENDERSON, MARK
RSP OF...: COP UNT/LOC/DST: C/D                          QTR.: D02-222U   RCV OFC: ATL
REMEDY ID: 366291-F1       SUB1: 22AM SUB2:              DATE RCV:    02-05-2005
UNT RCV..: D UNIT        QTR RCV.: Z05-312LAD            FACL RCV: ATL
UNT ORG..: D UNIT        QTR ORG.: Z05-312LAD            FACL ORG: ATL
EVT FACL.: ATL     ACC LEV:  ATL  1 SER  1                  RESP DUE:  FRI  02-25-2005
ABSTRACT.: TRANSFER/SHU STATUS
STATUS DT: 02-28-2005  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 02-07-2005
REMARKS..:

REGNO: 15509-016 NAME: HENDERSON, MARK
RSP OF...: COP UNT/LOC/DST: C/D                          QTR.: D02-222U   RCV OFC: SER
REMEDY ID: 366291-R1       SUB1: 22AM SUB2:              DATE RCV:    03-11-2005
UNT RCV..: D UNIT        QTR RCV.: Z05-314LAD            FACL RCV: ATL
UNT ORG..: D UNIT        QTR ORG.: Z05-312LAD            FACL ORG: ATL
EVT FACL.: ATL     ACC LEV:  ATL  1 SER  1                  RESP DUE:  SUN  04-10-2005
ABSTRACT.: TRANSFER/SHU STATUS
STATUS DT: 03-18-2005  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 03-11-2005
REMARKS..:
```

CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA

| DATE DUE | DEPARTMENT | TO | DATE ASSN | TRK TYPE | DATE RETURNED |
|---|---|---|---|---|---|
| FRI 03-25-2005 | CORR SVC | KL | 03-11-2005 | INV | 03-16-2005 |
| SUN 04-10-2005 | CEO | REH | 03-16-2005 | SIG | 03-17-2005 |

G0002 MORE PAGES TO FOLLOW . . .

```
     SERBQ           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     12-27-2005
     PAGE 009 OF     *              FULL SCREEN FORMAT                *     12:51:21


     REGNO: 15509-016 NAME: HENDERSON, MARK
     RSP OF...: COP UNT/LOC/DST: C/D              QTR.: D02-222U    RCV OFC: BOP
     REMEDY ID: 366291-A1      SUB1: 22AM SUB2:   DATE RCV:   03-30-2005
     UNT RCV..: D UNIT         QTR RCV.: Z05-301LAD    FACL RCV: ATL
     UNT ORG..: D UNIT         QTR ORG.: Z05-312LAD    FACL ORG: ATL
     EVT FACL.: ATL      ACC LEV: ATL    1 SER  1         RESP DUE:
     ABSTRACT.: TRANSFER/SHU STATUS
     STATUS DT: 05-11-2005   STATUS CODE: REJ STATUS REASON: IRQ OTH RSA
     INCRPTNO.:          RCT:   EXT:   DATE ENTD: 05-11-2005
     REMARKS..: PLEASE MAKE SURE THAT ALL FOUR COPIES OF THE BP11
               FORM ARE LEGIBLE. OTHERWISE, IT WILL BE REJECTED.


     REGNO: 15509-016 NAME: HENDERSON, MARK
     RSP OF...: COP UNT/LOC/DST: C/D              QTR.: D02-222U    RCV OFC: BOP
     REMEDY ID: 366291-A2      SUB1: 22AM SUB2:   DATE RCV:   06-01-2005
     UNT RCV..: D UNIT         QTR RCV.: Z05-303LAD    FACL RCV: ATL
     UNT ORG..: D UNIT         QTR ORG.: Z05-312LAD    FACL ORG: ATL
     EVT FACL.: ATL      ACC LEV: ATL    1 SER  1         RESP DUE:
     ABSTRACT.: TRANSFER/SHU STATUS
     STATUS DT: 06-07-2005   STATUS CODE: REJ STATUS REASON: OTH RSA
     INCRPTNO.:          RCT:   EXT:   DATE ENTD: 06-07-2005
     REMARKS..: PLEASE MAKE SURE THAT ALL FOUR COPIES OF THE BP11
               FORM ARE LEGIBLE. OTHERWISE, IT WILL BE REJECTED.




     G0002         MORE PAGES TO FOLLOW . . .
```