UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MARK A. HENDERSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-1891 (CKK) |
| FEDERAL BUREAU OF PRISONS, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

UPON CONSIDERATION of Defendant's Motion for Partial Dismissal or, In the Alternative, Motion for Partial Summary Judgment, its memorandum of points and authorities in support thereof, any opposition thereto and any reply, and the entire record herein, it is this _____ day of _____, 2006,

ORDERED, that Defendant's motion be, and hereby is, GRANTED, and it is further,

ORDERED, that JUDGMENT be, and hereby is, entered in Defendant's favor on Plaintiff's Privacy Act and constitutional claims, and that these claims be, and hereby are, DISMISSED WITH PREJUDICE.

_____
COLLEEN KOLLAR-KOTELLY
United States District Court Judge

cc:

Stratton C. Strand
By ECF

Mark A. Henderson
R15509-016
Atlanta United States Penitentiary
P.O. Box 150160
Atlanta, GA 30315