UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK A. HENDERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1891 (CKK) |
| ) | |
| FEDERAL BUREAU OF PRISONS, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S AMENDED ANSWER TO PLAINTIFF'S FTCA CLAIM**

Defendant Federal Bureau of Prisons ("Defendant"), by and through undersigned counsel, respectfully answers that portion of Plaintiff's complaint that alleges a claim under the Federal Tort Claims Act (see "Supplemental Claim"). Defendant has responded to Plaintiff's Privacy Act and constitutional claims by filing a separate motion for partial dismissal or for partial summary judgment.

**FIRST DEFENSE**

Plaintiff was contributorily negligent.

**SECOND DEFENSE**

To the extent Plaintiff seeks damages in an amount exceeding the amount he sought in his administrative request (see Complaint at page 13 of 23), he has failed to exhaust his administrative remedies under the Federal Tort Claims Act.

**THIRD DEFENSE**

Venue is improper in this Court under 28 U.S.C. § 1402(b).

**FOURTH DEFENSE**

In response to Plaintiff's "Supplemental Claim," Defendant avers that it lacks sufficient information to ascertain the truth or falsity of the allegations, and on that basis denies them.

Respectfully submitted,

_____/s/_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

_____/s/_____
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney

_____/s/_____
STRATTON C. STRAND, D.C. Bar #464992
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that, on this 8th day of February, 2006, the foregoing was mailed, postage prepaid, to:

Mark A. Henderson
R15509-016
Atlanta United States Penitentiary
P.O. Box 150160
Atlanta, GA 30315

                                                /s/
                                STRATTON C. STRAND, D.C. Bar #464992
                                Assistant United States Attorney
                                555 Fourth Street, N.W.
                                Washington, D.C. 20530
                                (202) 514-7236