UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK A. HENDERSON, )<br>　　　　　　　　　　　　　　　　)<br>　　　　Plaintiff, )<br>　　　　　　　　　　　　　　　　)<br>　　v. )<br>　　　　　　　　　　　　　　　　)<br>FEDERAL BUREAU OF PRISONS, )<br>　　　　　　　　　　　　　　　　)<br>　　　　Defendant. )<br>　　　　　　　　　　　　　　　　) | Civil Action No. 05-1891 (CKK) |

**DEFENDANT'S NOTICE OF FILING OF AMENDED
CERTIFICATE OF SERVICE**

On February 7, 2006, Defendant filed a motion for partial summary judgment and an answer. See Dkts. 14 and 15. On February 8, 2006, Defendant filed an amended answer. See Dkt. 17. The undersigned realized today that he inadvertently served those filings on Plaintiff at his original address in Atlanta, Georgia. The undersigned therefore files the attached Amended Certificate of Service, attesting that he has this day re-served the foregoing filings on Plaintiff at his new address in Coleman, Florida.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　KENNETH L. WAINSTEIN, D.C. Bar #451058
　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　STRATTON C. STRAND, D.C. Bar #464992
　　　　　　　　　　　　　　　　Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that, this 9th day of February, 2006, I caused the foregoing Defendant's Notice of Filing of Amended Certificate of Service to be sent via first class U.S. mail, postage prepaid, to:

Mark A. Henderson
R15509-016
U.S.P. Coleman #1
P.O. Box 1033
Coleman, FL 33521-0879

/s/
STRATTON C. STRAND, DC Bar # 464992
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7236