**AMENDED CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 9th day of February, 2006, I caused the following documents

(1)   Defendant's Motion for Partial Dismissal Or, In the Alternative, for Partial Summary Judgment;

(2)   Defendant's Answer to Plaintiff's FTCA Claim; and

(3)   Defendant's Amended Answer to Plaintiff's FTCA Claim

to be sent to *Pro Se* Plaintiff via first class U.S. Mail, postage prepaid, addressed to:

Mark A. Henderson
R15509-016
U.S.P. Coleman #1
P.O. Box 1033
Coleman, FL 33521-0879

/s/
STRATTON C. STRAND, D.C. Bar #464992
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7236