UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK A. HENDERSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL BUREAU OF PRISONS, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1891 (CKK) |

## DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS
## AS TO PLAINTIFF'S FTCA CLAIM

Pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, Defendant Federal Bureau of Prisons ("Defendant" or "BOP")[1], through counsel, hereby moves for judgment on the pleadings as to Plaintiff's claim under the Federal Tort Claims Act ("FTCA"). Defendant does so on the ground that venue is improper in this Court. In further support of this motion, Defendant respectfully refers the Court to the attached memorandum of points and authorities.

Because this is a dispositive motion, and because Plaintiff is an incarcerated *pro se* litigant, Defendant's counsel has not conferred with Plaintiff regarding the motion. See LCvR 7(m).

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

---

[1] Defendant would note that BOP is not a proper party to Plaintiff's FTCA claim. As provided in 28 U.S.C. § 2679(a), only the United States may be sued under the FTCA.

                                              /s/
                  R. CRAIG LAWRENCE, D.C. Bar #171538
                  Assistant United States Attorney

                                              /s/
                  STRATTON C. STRAND, D.C. Bar #464992
                  Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| MARK A. HENDERSON, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | )  Civil Action No. 05-1891 (CKK) |
|  | ) |
| FEDERAL BUREAU OF PRISONS, | ) |
|  | ) |
| Defendant. | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS
AS TO PLAINTIFF'S FTCA CLAIM**

Defendant Federal Bureau of Prisons ("BOP"), by and through counsel, respectfully submits this memorandum of points and authorities in support of its motion for judgment on the pleadings.

**I.  STATEMENT OF THE CASE**

Plaintiff is a federal prisoner.  See Complaint at 2.  He brings this action under the Privacy Act, 5 U.S.C. § 552a; the U.S. Constitution; and the Federal Tort Claims Act, 28 U.S.C. §§ 2671, et seq.  See Complaint at 3-10 and "Supplemental Claim."  On February 7, 2006, Defendant moved for partial dismissal or partial summary judgment with respect to Plaintiff's Privacy Act and constitutional claims.  See Dkt. 14.  That same day, Defendant filed an answer with respect to Plaintiff's FTCA claim.  See Dkt. 15.  On February 8, 2006, Defendant amended its answer as of right to assert that this Court is not the proper venue for Plaintiff's FTCA claim. See Dkt. 17.  Defendant now moves for judgment on the pleadings as to Plaintiff's FTCA claim on the ground that venue is improper in this Court.

## II.  ARGUMENT

Pursuant to 28 U.S.C. § 1402(b):  "Any civil action on a tort claim against the United States under subsection (b) of section 1346 of [Title 28][2] may be prosecuted <u>only</u> in the judicial district where the plaintiff resides or wherein the act or omission complained of occurred."  28 U.S.C. § 1402(b) (emphasis added).  Thus, when a plaintiff does not reside in this district and the act complained of occurred outside this district, venue does not lie here.  See <u>Reuber v. United States</u>, 750 F.2d 1039, 1046-48 (D.C. Cir. 1984); <u>Bryant v. Carlson</u>, 652 F. Supp. 1286, 1287 (D.D.C. 1987) (prisoner plaintiff "resides" where he currently is incarcerated) (citing <u>In re Pope</u>, 580 F.2d 620, 622 (D.C. Cir. 1978)); <u>Bartel v. Federal Aviation Admin.</u>, 617 F. Supp. 190, 198-99 (D.D.C. 1985).

In the case at bar, Plaintiff resides in Florida, <u>see</u> Dkt. 9 (Notice of Change of Address), and the assault of which he complains allegedly occurred in Georgia.  See Complaint at 2, 11 (alleging that he was "confined in the 'Special Housing Unit' (S.H.U.) at U.S.P. Atlanta, ... Atlanta, Georgia" as of the date of his complaint, i.e. September 30, 2005); "Supplemental Claim" (referencing "reply to my tort claim" attached to his complaint); Docket page 13 of 23 (attaching reply to tort claim, which describes claim as follows:  "You allege on August 23, 2004, staff at the United States Penitentiary (USP) in Atlanta, Georgia, caused you personal

---

[2] 28 U.S.C. § 1346(b) provides as follows:

> Subject to the provisions of chapter 171 of [title 28] the district courts, together with the United States District Court for the District of the Canal Zone and the District of the Virgin Islands, shall have exclusive jurisdiction of civil actions on claims against the United States, for money damages, accruing on or after January 1, 1945, for injury or loss of personal property, or personal injury or death caused by the negligent or wrongful act or omission of any employee of the Government ... .

injury . . . [by] intentionally assaulting you"); and Docket page 16 of 23 (alleging that assault occurred on August 23, 2004, while he was housed in the "S.H.U."). Therefore, pursuant to 28 U.S.C. § 1402(b), Plaintiff's FTCA claim cannot be brought in this district.

### III.  CONCLUSION

Based upon the foregoing, Defendant respectfully requests that it be granted judgment on the pleadings with respect to Plaintiff's FTCA claim, and that the claim be dismissed without prejudice to re-filing in a proper jurisdiction.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

/s/
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney

/s/
STRATTON C. STRAND, D.C. Bar #464992
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 9th day of February, 2006, the foregoing, and the attached proposed order, were mailed postage prepaid to:

Mark A. Henderson
R15509-016
U.S.P. Coleman #1
P.O. Box 1033
Coleman, FL 33521-0879

                                                /s/
                                    STRATTON C. STRAND, D.C. Bar #464992
                                    Assistant United States Attorney
                                    555 Fourth Street, N.W.
                                    Washington, D.C. 20530
                                    (202) 514-7236