UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MARK A. HENDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1891 (CKK) |
| | ) | |
| FEDERAL BUREAU OF PRISONS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

UPON CONSIDERATION of Defendant's Motion for Judgment On the Pleadings As to Plaintiff's FTCA Claim, its memorandum of points and authorities in support thereof, any opposition thereto and any reply, and the entire record herein, it is this _____ day of _____, 2006,

ORDERED, that Defendant's motion be, and hereby is, GRANTED, and it is further,

ORDERED, that Defendant be, and hereby is, granted JUDGMENT as to Plaintiff's claim under the Federal Tort Claims Act, and that the claim be, and hereby is, DISMISSED WITHOUT PREJUDICE to re-filing in a proper jurisdiction.

_____
COLLEEN KOLLAR-KOTELLY
United States District Court Judge

cc:

Stratton C. Strand
By ECF

Mark A. Henderson
R15509-016
U.S.P. Coleman #1
P.O. Box 1033
Coleman, FL 33521-0879