United States District Court
District of Columbia

Mark B. Henderson
        Plaintiff

        v.

Fed. Bur. of Prisons
        Defendant

DKT no. 05-1891(ckk)

Motion for Default Judgement

Comes now plaintiff Mark B. Henderson, in propria
persona, and for default judgement against defendant
federal bureau of prison in the civil case at bar.
Respectfully avers as enumerated hereafter:

1.) The prose privacy act civil litigation was
submitted by plaintiff Henderson on Sept. 23, 200_

And filed in the U.S district Court Clerk's office
On Sept. 23, 2005, And Served the U.S Attorney's
office On Sept. 28, 2005.

2.) Pro Se plaintiff Mr. Henderson is a federal prisone
Confined in the federal bureau of prisons And was
incarcerated at U.S.p Atlanta, at the time of
Willful Subjective Violation(s) of his Constitutional
rights

3.) The federal bureau of prisons is a federal entity of
the U.S department of justice legally responsible for
the Care, Supervision And Control of All prisoners Commit
to the U.S Attorney general: And keeps a System
of records.

2)



4.) Title 5 U.S.C 552A (e)(5) mandates that any federal Agency that keeps A system of records must maintain all records in an accurate, timely relevant and complete manner to ensure fairness to an individual, of any subsequent determination. (See; Toolasprashad v. B..p, 286 f. 3d 576 (D.C Cir. 2002) (Sellers v. B.o.p 959 f.2d 307 (D.C Cir. 1992)

5.) By minute Orders dated Nov. 28 and Dec. 23, 2005, the district Court Extended Jan 24, 2006, defendant B.o.p deadline to respond to the Complaint.

6.) On Jan. 23, 2006 A.U.S.A Stratton C. Strand Again petitioned the district Court for an Enlargement of time to Feb. 3, 2006 to respond to plaintiff Henderson's Privacy Act

Complaint.

7) That Although A.U.S.A Strand purported in the jan 23, 2006 Enlargement Motion that he would definitely Complete the dispositive Motion in the Case at bar on friday feb. 3, 2006, As of the 10th day of feb 2006, A.U.S.A Strand has not served plaintiff Henderson with a Copy of Any dispositive Motion for Summary judgement. Where, Although A.U.S.A Strand Alleged that two Emergency Subpoena matters prohibited his timely jan. 27, 2006 response; As defendant's Counsel of records Also Arbitrarily failed to Submit his purported motion to dismiss And/or

4)

for Summary judgement by feb. 3, 2006
plaintiff Henderson is legally Entitled to
default judgement And monetary redress Against
defendant federal bureau of prisons,

Respectfully Submitted

Mark R. Henderson

propria persona

feb. 12, 2006

5

Certificate of Service

I hereby Certify that this 12th day of
Feb. 2006, I caused the foregoing to be
sent via first class mail, postage prepaid
to:

Mr. Stratton C. Strand, D.C Bar
#464992
Assistant United States Attorney
555 fourth St. N.W
Washington D.C 20530

(202) 514-7236