UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK A. HENDERSON,

    Plaintiff,

        v.                             Civil Action No. 05-1891 (CKK)

FEDERAL BUREAU OF PRISONS, ,

    Defendant.

**ORDER**

In accordance with the Memorandum Opinion issued this 15th day of May, 2006, it is

ORDERED that Defendant's motion for partial dismissal or, in the alternative, motion for partial summary judgment [14] is GRANTED. It is

FURTHER ORDERED that Plaintiff's Privacy Act and constitutional claims are DISMISSED without prejudice.

FURTHER ORDERED that Defendant's motion to dismiss Plaintiff's FTCA claim based on improper venue [19] is GRANTED IN PART. It is

FURTHER ORDERED that Plaintiff's FTCA claim is TRANSFERRED to the United States District Court for the Northern District of Georgia.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

                                                  _____
                                                  COLLEEN KOLLAR-KOTELLY
                                                  United States District Judge