UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARK A. HENDERSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 05-1891 (CKK) |
| FEDERAL BUREAU OF PRISONS, | ) ) ) |
| Defendant. | ) ) |

### NOTICE OF ENTRY AND WITHDRAWAL OF APPEARANCE

The Clerk of Court will please **enter** the appearance of Assistant United States Attorney Lisa S. Goldfluss as government counsel in this action and **withdraw** the appearance of Assistant United States Attorney Stratton C. Strand.

Respectfully submitted,

/s/
_____
STRATTON C. STRAND, D.C. Bar #464992
Assistant United States Attorney

/s/
_____
LISA S. GOLDFLUSS, D.C. Bar #417787
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7198

## CERTIFICATE OF SERVICE

I certify that the foregoing Praecipe was served upon plaintiff by depositing a copy if it in the U.S. Mail, first class postage prepaid, addressed, to:

Mark A. Henderson
R15509-016
Coleman United Staters
Penitentiary
P.O. Box 1033
Coleman, FL 33521

on this **24th** day of May 2006.

_____
LISA S. GOLDFLUSS, D.C. Bar #417787
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7198