RECEIVED
JUN 0 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States District Court
for the District of Columbia

Mark R. Henderson
　　Plaintiff

　　v.

Federal Bureau of Prisons
　　Defendant

Civil Action No. 05-1891 CKK

## Notice of Appeal

Notice of Appeal of Court Order dated 5/15/2006 dismissing plaintiff Privacy Act an Constitutional Claims, plaintiff request Court to review copy of plaintiff Motion dated 6/3/06 as initial basis for Appeal.

Respectfully Submitted
Mark A. Henderson
#15509-016

This 6th day of June 2006

Mark A. Henderson
#15509-016
USP Coleman 1
P.O. Box 1033
Coleman, Florida 33521