# United States Court of Appeals
## For The District of Columbia Circuit

---

**No. 06-5184**  **September Term, 2006**

05cv01891

Filed On: November 28, 2006

[1007079]
Mark A. Henderson,
    Appellant

v.

Federal Bureau of Prisons,
    Appellee

## ORDER

By order filed July 10, 2006, appellant was directed to either pay the $455.00 appellate docket and filing fee or file a motion to proceed on appeal in forma pauperis by August 9, 2006. To date, appellant has not complied with the Court"s July 10, 2006 order. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. <u>See</u> D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case 45 days after the date of this order.

**MANDATE**
Pursuant to the provisions of Fed. R. App.Pro.41(a)
ISSUED: 1/19/07
BY: [signature] Deputy Clerk
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:

Linda Jones
Deputy Clerk

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk